UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Stacy Mecklenberg**,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>**Georgetown Divide Public Utility District**; and Does 1-10, Inclusive,<br><br>　　　　Defendants. | Case No.: 2:14-CV-00750-TLN-EFB<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE SETTLEMENT CONFERENCE**<br><br>Settlement Conference: March 31, 2016<br>Time: 9:00 a.m.<br><br>Complaint Filed: March 24, 2014<br>Trial Date: May 16, 2016<br><br>Magistrate Judge Allison Claire |

## ORDER

Pursuant to joint stipulation of the parties, and finding good cause therefore, is hereby ordered: The Settlement Conference shall be vacated and reset after the Court's ruling on the pending Motion for Summary Judgment.

**IT IS SO ORDERED.**

Dated: March 28, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1