Barbara A. Brenner (SBN 142222)
Nubia I. Goldstein (SBN 272305)
CHURCHWELL WHITE LLP
1414 K Street, 3rd Floor
Sacramento, CA 95814
(916) 468-0950 Phone
(916) 468-0951 Fax
Barbara@churchwellwhite.com

Attorneys for Defendant
GEORGETOWN DIVIDE PUBLIC UTILITY DISTRICT


CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. (SBN 111282)
Mail: P.O. Box 262490
San Diego, CA 92196-2490
Deliveries: 9845 Erma Road, Ste. 300
San Diego, CA 92131
(858) 375-7385 Phone
(888) 422-5191 Fax
SaraG@potterhandy.com

Attorneys for Plaintiff
STACY MECKLENBERG

fees exempt pursuant to
Government Code §6103

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY MECKLENBERG,<br><br>    Plaintiff,<br><br>vs.<br><br>GEORGETOWN DIVIDE PUBLIC UTILITY DISTRICT and DOES 1 through 10,<br><br>    Defendants. | Case No.: 2:14-cv-00750-TLN-DAD<br><br>**STIPULATION AND ORDER EXTENDING DISCOVERY DEADLINES** |

    Pursuant to Federal Rules of Civil Procedure, rules 6(b) and 16(b)(4), and Local Rule 144, Plaintiff Stacy Mecklenberg ("Plaintiff") and Defendant Georgetown Divide Public Utility District ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby submit this stipulation and proposed order extending all applicable discovery deadlines.

{CW049855.4}      1
Stipulation and Order Extending Discovery Deadlines

1    WHEREAS, Plaintiff filed the above-captioned action on March 24, 2014;

2    WHEREAS, on November 6, 2014, the above-entitled Court issued a Pretrial Scheduling Order requiring discovery in this action to be completed by June 19, 2015.

WHEREAS, on January 7, 2017, the Parties submitted a Joint Status Report requesting the Court allow the parties to conduct further discovery.

WHEREAS, on January 23, 2017, this Court issued a Supplemental Pretrial Scheduling Order requiring discovery in this action to be completed by December 18, 2017.

WHEREAS, after an initial notice of deposition was issued by Plaintiff's counsel on September 22, 2017, the Parties agreed to hold the deposition of Defendant's Person Most Knowledgeable, Stephanie Beck, on November 16, 2017, at 3:30 p.m.

WHEREAS, after an initial subpoena for personal appearance was issued by Plaintiff's counsel on September 22, 2017, the Parties agreed to hold the deposition of non-party Teresa Stinson on November 16, 2017, at 5:30 p.m.

WHEREAS, after an initial notice of deposition was issued by Defendant's counsel on September 26, 2017, the Parties agreed to hold the deposition of Plaintiff on November 17, 2017, at 2:00 p.m.

WHEREAS, after an initial subpoena for personal appearance was issued by Defendant's counsel on September 26, 2017, the Parties agreed to hold the deposition of non-party Cindy Southerland on November 17, 2017, at 5:00 p.m.

WHEREAS, on November 16, 2017, at approximately 12:00 p.m., Mary Melton, counsel for Plaintiff, contacted Nubia Goldstein, counsel for Defendant, via email and telephone informing Defendant's counsel that the depositions of Stephanie Beck and Teresa Stinson would not go forward as scheduled later that day.

WHEREAS, on November 16, 2017, at approximately 1:15 p.m., Raymond Ballister, counsel for Plaintiff, contacted Ms. Goldstein informing her that that the depositions of Plaintiff and Cindy Southerland would not go forward as scheduled for the following day. Mr. Ballister indicated that the cancellation was due to Plaintiff's intention to produce additional documents responsive to the requests for production of documents contained within Defendant's notice of

1 | deposition of Plaintiff.

2 | WHEREAS, on November 16, 2017, counsel for Defendant, Nubia Goldstein, requested an estimated date of production for the additional documents promised in Mr. Ballister's voicemail of that same date.

WHEREAS, counsel for Defendant is not available to defend or take depositions between December 4, 2017, and December 15, 2017, due to a trial scheduled in Santa Clara County Superior Court, case number 14-CV-268594.

WHEREAS, to date, counsel for Plaintiff has not provided new dates for the four cancelled depositions, nor have they produced the additional documents Mr. Ballister indicated in his voicemail of November 16, 2017, which Plaintiff was still waiting to obtain, and which was the reason for cancelling Plaintiff's and Plaintiff's wife's depositions.

WHEREAS, good cause exists for this extension to prevent Defendant from being prejudiced by the delay in deposition scheduling.

THEREFORE, the Parties hereby stipulate:

1. All discovery shall be completed by February 16, 2018. In this context, "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed. All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the local rules of this Court.

DATED: November 28, 2017          CHURCHWELL WHITE LLP


                                  By  /s/ Nubia I. Goldstein
                                     NUBIA I. GOLDSTEIN
                                     Attorneys for Defendant
                                     *Georgetown Divide Public Utility District*

| | | |
|---|---|---|
| 1 | DATED: November 28, 2017 | CENTER FOR DISABILITY ACCESS |
| 2 | | |
| 3 | | By: /s/ Sara N. Gunderson |
| 4 | | SARA N. GUNDERSON<br>Attorneys for Plaintiff |
| 5 | | *Stacy Mecklenberg* |

**IT IS SO ORDERED.**

Dated: December 8, 2017

_____
Troy L. Nunley
United States District Judge